Nos. 20-5347/5374

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
May 14, 2020
DEBORAH S. HUNT, Clerk

UNITED STATES OF AMERICA,                          )
                                                   )
    Plaintiff-Appellee,                            )
                                                   )
v.                                                 )          O R D E R
                                                   )
LISA DAWN CROWE,                                   )
                                                   )
    Defendant-Appellant.                           )

Before:  SUHRHEINRICH, GILMAN, and LARSEN, Circuit Judges.

Lisa Dawn Crowe, a *pro se* federal prisoner with an anticipated release date in 2022, appeals the district court's orders denying as untimely her motions for reconsideration of its order denying her motion for compassionate release under the First Step Act of 2018. *See* 28 U.S.C. § 3582(c)(1)(A)(i). Her motion for compassionate release was premised on her diagnosis of Stage IV terminal breast cancer, and her subsequent motions for reconsideration invoked the intervening COVID-19 pandemic and her deteriorating medical condition. Crowe moves this court for release pending appeal on the same bases, and the government responds in opposition.

Crowe did not move the district court for release pending appeal before filing the present motion. A motion for release pending appeal, however, must first be filed in the district court. *See United States v. Westine*, No. 16-5356, at *1 (6th Cir. Dec. 20, 2016) (order) (citing *United States v. Pollard*, 778 F.2d 1177, 1182 (6th Cir. 1985)); *see also* Fed. R. App. P. 9(b) (permitting a

defendant to "obtain review of a district-court order regarding release after a judgment of conviction" by motion if a notice of appeal has already been filed).  "[T]he district court, having greater familiarity with the record, is normally in a far better position than the court of appeals to make such determinations in the first instance." *United States v. Hochevar*, 214 F.3d 342, 344 (2d Cir. 2000) (per curiam).  We see no reason to deviate from this general rule.

The motion for release pending appeal is therefore **DENIED** without prejudice to Crowe filing such a motion in the district court.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk